IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLIE CHONG THAO,

    Petitioner,                          No. CIV S-09-3572 EFB P

    vs.

WARDEN SWARTHOUTH,                <u>ORDER</u>

    Respondent.

_____/

    Petitioner is a prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

    On January 5, 2010, the court found that petitioner had failed to pay the filing fee required by 28 U.S.C. § 1914(a) or a request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). Petitioner was granted thirty days in which to pay the filing fee or file an application to proceed *in forma pauperis* and was warned that failure to comply would result in a recommendation that this action be dismissed.

    The 30-day period expired without petitioner submitting the filing fee, a completed *in forma pauperis* application, or any other response to the court's order. Accordingly, the undersigned recommended on March 18, 2010 that the action be dismissed without prejudice.

1  However, on April 14, 2010, petitioner submitted a Motion to Proceed In Forma Pauperis. The

2  court therefore vacates the Order and Findings and Recommendations dated March 18, 2010.

3  The court will rule on plaintiff's application to proceed *in forma pauperis* and screen the case

4  pursuant to Rule 4 of the Rules Governing § 2254 cases in due course.

5      So ordered.

6  Dated: May 11, 2010.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE