IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLIE CHONG THAO,

    Petitioner,                    No. CIV S-09-3572 FCD EFB P

    vs.

G. SWARTHOUT, Warden,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. Examination of the petition and the court's records reveals that petitioner has raised the exact same challenges to the same conviction (Sacramento County Case No. 06F09643) in an earlier petition to this court, Case No. CIV S-09-3536 WBS DAD. Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition. This action does not effect consolidation of the actions.

        Accordingly, it is hereby ordered that:

        1. This action is reassigned to Judge William B. Shubb and Magistrate Judge Dale A. Drozd for all further proceedings; henceforth the caption on documents filed in this action shall be shown as No. CIV S-09-3572 WBS DAD P; and

////

1    2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil
2 cases to compensate for this reassignment.
3 Dated: June 22, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE